UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN PINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-cv-10133-LTS |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

ORDER

March 10, 2025

SOROKIN, D.J.

On February 3, 2025, pro se plaintiff Jonathan Pinney filed a complaint against the Social Security Administration and a motion for leave to proceed in forma pauperis. On March 7, 2025, Pinney filed a motion for default judgment. Upon review of these documents, the Court hereby orders:

1. The motion for leave to proceed in forma pauperis is DENIED without prejudice. Pinney is correct that persons who are confined only by reason of an order of civil commitment are not subject to the Prison Litigation Act. However, Pinney's blanket representation that he is "without funds to file this action" is an insufficient basis for this Court to allow him to proceed without prepayment of the filing fee.

If Pinney wishes to pursue this action, he must, within twenty-eight (28) days, either pay the $405 filing fee or file a completed and signed Application to Proceed in District Court Without Prepaying Fees and Costs. The Clerk shall provide this form to Pinney.

2. The motion for default judgment is DENIED. Under Rule 4 of the Supplemental Rules of Social Security Actions Under 42 U.S.C. § 405(g), the Commissioner of the Social Security has 60 days from the date the action is officially "transmitted" to the Commissioner. Unless the Court orders otherwise, this transmission occurs when the Court issues its Procedural Order for Social Security Actions, which sets forth relevant deadlines for both parties. A summons does not issue.

Once the filing fee is resolved in this action, the Procedural Order for Social Security Actions will be issued, and the Commissioner's 60-day time period for responding to the complaint will commence.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE